## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 13-3638-cv

Caption [use short title]

Motion for: Motion to Strike Point IV
of Plaintiff-Appellant's Reply Brief

Mohamed v. Nolan Law Group

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant's Reply Point IV improperly
asserts a new argument for the first time in a
reply brief.  Also, the argument seeks to assert
a new cause of action that is not part of the
pleadings or the record, which is wholly
improper.

MOVING PARTY: Nolan Law Group, et al.

OPPOSING PARTY: Moataz Mohamed (Plaintiff/Appellant)

☐ Plaintiff    ☑ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

MOVING ATTORNEY: Joseph L. Francoeur, Esq.

OPPOSING ATTORNEY: Amir R. Tahmassebi, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Wilson Elser LLP

Konicek & Dillon, PC

150 East 42nd St., New York, NY 10017

21 W. State St., Geneva, IL 60134

212-915-5638; joseph.francoeur@wilsonelser.com

630-262-9655

Court-Judge/Agency appealed from: Judge Nicholas G. Garaufis, U.S. District Court, Eastern District of NY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?            ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date:

Signature of Moving Attorney:

Date: 04/28/2014

Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)