# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand and fourteen.

_____

| | |
|---|---|
| Moataz A.R. Mohamed, individually and as Personal Representative of the Estates of Aly Rahad, Aly Mohamed and Baria Zaki Mohamed, deceased, | **ORDER** |
| Plaintiff-Appellant, | Docket No. 13-3638 |
| v. | |
| Nolan Law Group, Donald J. Nolan, Donald J. Nolan, Ltd., DBA Nolan Law Group, | |
| Defendants-Appellees. | |

_____

Appellees move to strike a portion of the Appellant's reply brief.

IT IS HEREBY ORDERED that the motion to strike is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court